IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02526-RPM

DAVID LEONARDI, d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

        Plaintiff,

v.

CENEGENICS, LLC, d/b/a CENEGENICS MEDICAL INSTITUTE,

        Defendant.

## ORDER

The Court having reviewed the Confidentiality Stipulation and Protective Order, submitted on July 18, 2005, it is

ORDERED that the Confidentiality Stipulation and Protective Order is unacceptable for failure to refer to D.C.Colo.LCivR 7.2 and 7.3.

Dated: July 19th, 2005

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge