IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 04-cv-02526-RPM

DAVID LEONARDI, d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

    Plaintiff,

v.

CENEGENICS, LLC, d/b/a CENEGENICS MEDICAL INSTITUTE,

    Defendant.

---

## ORDER AMENDING SCHEDULING ORDER

---

The Court having considered the Unopposed Motion to Amend Expert Witness Deadlines, filed on July 29, 2005, it is

ORDERED that the deadline for Plaintiff's Expert Designation is extended to September 15, 2005, the deadline for Defendant's Expert Designation is extended to October 15, 2005, and the deadline for Rebuttal Expert Designation is extended to November 15, 2005.

Dated: July 29th, 2005

                                        BY THE COURT:

                                        _____
                                        Richard P. Matsch, Senior District Judge