FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2005 AUG 19 PM 1: 34

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2526-RPM-BNB

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH
INSTITUTE,

        Plaintiff,

v.

CENEGENICS L.L.C., a Delaware
Corporation,
d/b/a CENEGENICS MEDICAL
INSTITUTE,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF PLAINTIFF'S COUNSEL

WHEREFORE, the *Unopposed Motion for Withdrawal and Substitution of Plaintiff's Counsel* having been duly considered,

IT IS ORDERED that Kurt S. Lewis and Charlene Krogh of the law firm of Lewis Meyers & Scheid, LLC are hereby withdrawn as Plaintiff's counsel, and John R. Posthumus and Shelley K. Barton of the law firm of Greenberg Traurig, LLP are hereby substituted as Plaintiff's counsel.

Dated this 19 day of August, 2005.

_____
Richard P. Matsch
United States District Judge

den-fs1\176749v02\8/17/05\99981.633423