F I L E D
UNITED STATES DISTRICT COURT
DENVER COLORADO

AUG 30 2005

GREG┄┄┄┄┄┄┄┄┄┄┄┄┄┄
┄┄┄┄┄┄┄┄┄┄┄┄┄┄

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-2526-RPM-BNB

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH
INSTITUTE,

               Plaintiff,

v.

CENEGENICS L.L.C., a Delaware
Corporation,
d/b/a CENEGENICS MEDICAL
INSTITUTE,

               Defendant.

---

**ORDER GRANTING
STIPULATED MOTION TO AMEND SCHEDULING ORDER**

---

The Court having considered the *Stipulated Motion to Amend Scheduling Order*, filed on

August 29, 2005, it is

ORDERED that:

(1) the deadline to amend the pleadings is extended to *September 9*, 2005;

(2) the close of fact discovery is extended to *November 4*, 2005;

(3) the deadline for Plaintiff's expert designation is extended to *November 14*,

2005;

(4) the deadline for Defendant's expert designation is extended to *December 14*,

2005;

(5) the deadline for rebuttal expert designation is extended to *January 13*,

2006; and

(6) the close of expert discovery is extended to *February 12*, 2006.

Dated this *30th* day of *August*, 2005.

Richard P. Matsch
United States District Judge

den-fs1\176960v04