IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02526-RPM

DAVID LEONARDI, d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

        Plaintiff,

v.

CENEGENICS, LLC, d/b/a CENEGENICS MEDICAL INSTITUTE,

        Defendant.

---

ORDER AMENDING SCHEDULING ORDER

---

        The Court having considered the Stipulated Motion to Amend Scheduling Order, filed on August 29, 2005, it is

        ORDERED that the deadline to file dispositive motions is extended to January 30, 2006

        Dated: September 1, 2005

                          BY THE COURT:

                          s/Richard P. Matsch

                          _____
                          Richard P. Matsch, Senior District Judge