IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02526-RPM

DAVID LEONARDI, d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

        Plaintiff,

v.

CENEGENICS, LLC, d/b/a CENEGENICS MEDICAL INSTITUTE,

        Defendant.

## ORDER ALLOWING FIRST AMENDED COMPLAINT

        The Court having considered Plaintiff Leonardi's Motion for Leave to Amend Complaint, filed on September 9, 2005, it is

        ORDERED that the Motion for Leave to Amend Complaint is granted and the Clerk is directed to file First Amended Complaint tendered therewith.

        Dated: September 12, 2005

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge