## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2526-RPM-BNB

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH
INSTITUTE,

                Plaintiff,

v.

CENEGENICS L.L.C., a Delaware
Corporation,
d/b/a CENEGENICS MEDICAL
INSTITUTE,

                Defendant.

## ORDER GRANTING
## SECOND STIPULATED MOTION TO AMEND SCHEDULING ORDER

The Court having considered the *Second Stipulated Motion to Amend Scheduling Order*, filed on October 28, 2005, and finding that good cause exists, it is ORDERED that:

(1) the close of fact discovery is extended to January 3, 2006;

(3) the deadline for Plaintiff's expert designation is extended to January 13, 2006;

(4) the deadline for Defendant's expert designation is extended to February 13, 2006;

(5) the deadline for rebuttal expert designation is extended to March 14, 2006;

(6) the deadline to file dispositive motions is extended to March 31, 2006; and

(7)  the close of expert discovery is extended to April 13, 2006.

Dated this 31st day of October, 2005.

                                             s/Richard P. Matsch

                                          _____
Richard P. Matsch
United States District Judge