**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-cv-2526-RPM-BNB

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH
INSTITUTE,

            Plaintiff,

v.

CENEGENICS L.L.C., a Delaware Limited
Liability Company and CENEGENICS, MO,
L.L.C. d/b/a CENEGENICS MEDICAL
INSTITUTE,

            Defendants.

---

**ORDER GRANTING
THIRD STIPULATED MOTION TO AMEND SCHEDULING ORDER**

---

The Court having considered the *Third Stipulated Motion to Amend Scheduling Order*,

filed on February 10, 2006, and finding that good cause exists, it is ORDERED that:

1. Defendants' deadline to provide their expert designation is extended to February 20,

2006.

2. Plaintiff's deadline to provide his rebuttal expert designation is extended to

March 21, 2006.

3. The close of expert discovery is extended to April 20, 2006.

4. All other previously-established deadlines remain in effect.

DATED:  February 13th, 2006

s/Richard P. Matsch

Senior United States District Judge