IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02526-RPM

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

　　　　　Plaintiff,

v.

CENEGENICS, L.L.C.,
a Delaware Limited Liability Company, and
CENEGENICS, MO, L.L.C.,
a Missouri Limited Liability Company
d/b/a CENEGENICS MEDICAL INSTITUTE,

　　　　　Defendant.

---

ORDER ON DEFENDANTS' UNOPPOSED MOTION TO FILE AN AMENDED
PLEADING IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

---

This matter comes before the Court on Defendants' unopposed motion

seeking leave to file an amended pleading in support of its motion for summary

judgment and to oppose plaintiff's motion to strike.  After review of the motion and

being fully advised in the premises, it is

ORDERED that Defendants' Unopposed Motion to File an Amended Pleading

in Support of Its Motion for Summary Judgment and Opposition to Plaintiff's Motion

to Strike, filed May 16, 2006 (Doc. #73), is granted.  It is

FURTHER ORDERED that Defendants' Reply Brief in Support of Its Motion

for Summary Judgment and Opposition to Plaintiff's Motion to Strike, submitted as

Exhibit A to Defendant's Unopposed Motion (Doc. 73), is accepted for filing.

DATED: May 18th, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge