IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02526-RPM

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

        Plaintiff,

v.

CENEGENICS, L.L.C.,
a Delaware Limited Liability Company, and
CENEGENICS, MO, L.L.C.,
a Missouri Limited Liability Company
d/b/a CENEGENICS MEDICAL INSTITUTE,

        Defendant.

---

ORDER FOR VOLUNTARY DISMISSAL OF DIRECT INFRINGEMENT CLAIM

---

        In the first claim for relief in the first amended complaint, filed September 12, 2005, the plaintiff alleges that the defendants infringed the plaintiff's copyright directly and contributorily in violation of 17 U.S.C. § 501(a).  On March 3, 2006, the plaintiff filed a motion under Fed. R. Civ. P.  41(a)(2) to dismiss the direct copyright infringement claim and pursue only the claims that the defendants are responsible for vicarious and contributory infringement.  The defendants have not opposed dismissal but ask that the Court reserve questions of whether the direct infringement claim was asserted in good faith.  After considering the papers filed, it is

        ORDERED that the plaintiff's claim against the named defendants for direct infringement of the plaintiff's copyright is dismissed with prejudice.

        DATED:   May 31, 2006.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge