IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02526-RPM

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

        Plaintiff,

v.

CENEGENICS, L.L.C.,
a Delaware Limited Liability Company, and
CENEGENICS, MO, L.L.C.,
a Missouri Limited Liability Company
d/b/a CENEGENICS MEDICAL INSTITUTE,

        Defendant.

---

## ORDER OF WITHDRAWAL
---

Upon consideration of Defendants' Unopposed Motion to Permit Counsel to Withdraw (Doc. #81), filed on February 7, 2007, it is

ORDERED that the motion is granted and Fred D. "Pete" Gibson, III, of Lionel Sawyer & Collins and Bruce A. Featherstone and John A. DeSisto of Featherstone Petrie DeSisto LLP are relieved of any further responsibilities as counsel for defendants in this matter.

DATED:   February 12, 2007.

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge