IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02526-RPM

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

        Plaintiff,

v.

CENEGENICS, L.L.C.,
a Delaware Limited Liability Company, and
CENEGENICS, MO, L.L.C.,
a Missouri Limited Liability Company
d/b/a CENEGENICS MEDICAL INSTITUTE,

        Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

Pursuant to the hearing on this day, it is

ORDERED that a pretrial conference is scheduled for **March 30, 2007, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The original and one copy of the proposed Final Pretrial Order shall be delivered in paper form directly to chambers by **March 22, 2007.**

DATED:   February 20, 2007.

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____
                                Richard P. Matsch, Senior District Judge