**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                February 20, 2007
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 04-M-2526 (BNB)

DAVID LEONARDI,                                                    Daniel Glasser
d/b/a Leonardi Executive Health Institute,

      Plaintiff,

v.

CENEGENICS, LLC,                                                   Roger Williams
d/b/a Cenegenics Medical Institute,                                Olivia Lucas

      Defendant.

_____

### COURTROOM MINUTES
_____

**Motions Hearing**

**10:00 a.m.**     **Court in session.**

Court's preliminary remarks.

Mr. Williams states that he is unsure of Anthony Hall's participation and or role in this case but is prepared to proceed and intends to represent the defendant.

10:03 a.m.     Argument by Mr. Glasser.

**ORDERED:     Plaintiff David Leonardi d/b/a Leonardi Executive Health Institute's Motion to Strike, filed April 20, 2006 [62], is granted.**

10:22 a.m.     Argument by Mr. Williams.

**ORDERED:     Defendant's Motion for Summary Judgment, filed March 31, 2006 [53], is denied.**

Counsel state discovery is closed.

Court states a it will set pretrial conference.

**10:45 a.m.     Court in recess.**  Hearing concluded.  Total time in court: 45 min.