IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  04-cv-02526-RPM

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH INSTITUTE,

        Plaintiff,

v.

CENEGENICS, L.L.C.,
a Delaware Limited Liability Company, and
CENEGENICS, MO, L.L.C.,
a Missouri Limited Liability Company
d/b/a CENEGENICS MEDICAL INSTITUTE,

        Defendant.

---

ORDER SETTING TRIAL DATE

---

Pursuant to the pretrial conference today, it is

ORDERED that this matter is set for trial to jury on **October 22, 2007, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Trial procedures may be found at

**www.cod.uscourts.gov/judges_frame.htm**.

DATED:  March 30, 2007.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge