# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-2526-RPM-BNB

DAVID LEONARDI, an individual,
d/b/a LEONARDI EXECUTIVE HEALTH
INSTITUTE,

            Plaintiff,

v.

CENEGENICS L.L.C., a Delaware Limited
Liability Company, and CENEGENICS, M.O.,
L.L.C., a Missouri Limited Liability Company
d/b/a CENEGENICS MEDICAL
INSTITUTE,

            Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

Pursuant to the Stipulated Motion of the parties, this case is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 11th day of May, 2007.

            BY THE COURT:

            s/Richard P. Matsch

            UNITED STATES DISTRICT JUDGE